UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A.G., et al.,

                            Plaintiffs,                20 Civ. 3447 (PAE)

            -v-

                                                      ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                            Defendants.

---

PAUL A. ENGELMAYER, District Judge:

      This matter has been assigned to the Court as related to *A.G. et al. v. NYC Department of Education et al.*, 19-cv-3829 (PAE). Counsel for plaintiffs represents that the two suits bring essentially the same claims against the same parties, but for different academic years. *See* Dkt. 6. The Court requests a joint letter from the parties, by May 13, 2020, outlining their views as to whether these two matters should be consolidated and, separately, whether discovery in both matters can and should take place concurrently, irrespective of whether the two cases are formally joined.

      SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                 PAUL A. ENGELMAYER
                                                 United States District Judge

Dated: May 5, 2020
          New York, New York