UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A.G., et al.,

                        Plaintiffs,                19 Civ. 3829 (PAE)

-v-                                      20 Civ. 3447 (PAE)

NYC DEPARTMENT OF EDUCATION, et al.,              <u>ORDER</u>

                      Defendants.

---

PAUL A. ENGELMAYER, District Judge:

      The parties are directed to file a joint letter updating the Court of the status of these two related cases by Friday, August 14, 2020.  The parties are further directed to submit a revised Case Management Plan applicable to both matters by the same date.  *See* 20cv3829, Dkt. 32; 20cv3447, Dkt. 12.

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                   _____
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: August 10, 2020
         New York, New York